IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Criminal No. 4:15CR40014-001

VENESSA JOY BAKER

### FINAL ORDER OF FORFEITURE

On November 19, 2015, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 22). In the Preliminary Order of Forfeiture, a Taurus, .380 caliber pistol, serial number 41135D; and any accompanying ammunition were forfeited to the United States pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 14, 2016, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was January 23, 2016. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on November 19, 2015, shall become final at this time.

IT IS SO ORDERED this 14th day of April, 2016.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
APR 14 2016
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE